IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VICTORY MEDICAL CENTER BEAUMONT, LP, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:17-cv-00110 |
| HEALTH CARE SERVICE CORPORATION, | § § § | Hon. George C. Hanks, Jr. |
| Defendant. | § § § | |

## ORDER

Before the Court is the Parties' joint Stipulation of Dismissal of Certain Claims. The Court, having considered the Stipulation, finds that the relief to which the Parties stipulated should be GRANTED.

IT IS THEREFORE ORDERED THAT the relief to which the Parties stipulated is granted; that Plaintiffs' claims and causes of action for Defendant's alleged breach of fiduciary duties, including under 29 U.S.C. § 1132(a)(3), are dismissed with prejudice, (Dkt. 1, Compl. ¶¶ 51–58); that Plaintiffs' claims and causes of action for Defendant's alleged failure to provide full and fair review under ERISA, including under 29 U.S.C. §§ 1132(a)(3) and 1133, are dismissed with prejudice, (Dkt. 1, Compl. ¶¶ 59–62); that Plaintiffs' claims and causes of action for Defendant's alleged violations of ERISA claims procedures, including under 29 U.S.C. § 1132(a)(3) and 29 C.F.R. § 2560.503-1, are dismissed with prejudice, (Dkt. 1, Compl. ¶¶ 63–67); that Plaintiffs' claims and

causes of action for Defendant's alleged violations of the Texas Insurance Code, including under Tex. Ins. Code. §§ 541.003, 541.054, and 542.058, are dismissed with prejudice, (Dkt. 1, Compl. ¶¶ 68–70); and that Plaintiffs' causes of action for Defendant's alleged promissory estoppel and negligent misrepresentation, as they relate to the 3 benefit claims identified in Exhibit A below, are dismissed with prejudice, (Dkt. 1, Compl. ¶¶ 74–83).

Signed this 2nd day of July, 2018.

JUDGE GEORGE C. HANKS, JR.
U.S. DISTRICT COURT JUDGE

## EXHIBIT A
## PROMISSORY ESTOPPEL AND NEGLIGENT MISREPRESENTATION
## CLAIMS DISMISSED PURSUANT TO THIS ORDER

| Victory Account No. | Date of Service |
|---|---|
| 100216 | 9/23/2013 |
| 203683 | 8/1/2013 |
| BT0004006163 | 5/15/2014 |